MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Bruce H. Foster and Carol J. Foster

Chapter 7 Case No. 07-44491

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Adams Pest Control<br>922 Highway 55 #100<br>Hamel, MN 55340 | 7 | $63.34 | $3.85 |

Dated: September ___, 2010

Randall L. Seaver, Trustee

RECEIVED 10 SEP 10 AM 9:31 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Foster\Unclaimed Dividends Distribution Less than $5.wpd